# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-20521
Conference Calendar

United States Court of Appeals
Fifth Circuit

**F I L E D**
June 18, 2013

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE BENITO ALVAREZ, also known as Benito Alvarez, also known as Benito Iraheta-Alvarez, also known as Benito Iraheta Alvarez,

Defendant-Appellant

Cons. w/ No. 12-40819

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BENITO IRAHETA-ALVAREZ,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-398-1
USDC No. 1:12-CR-289-1

No. 12-20521
c/w No. 12-40819

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose Benito Iraheta-Alvarez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Iraheta-Alvarez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Iraheta-Alvarez's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.